IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
JAN 2 5 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23 CR 0044 |
| ) | Title 21, United States Code, |
| RAMEL DREW, ) | Sections 841(a)(1) and (b)(1)(A); |
| ) | Title 18, United States Code, |
| Defendant. ) | Sections 922(g)(1) and 924(a)(2) |
| ) | |

**JUDGE GWIN**

COUNT 1
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. On or about August 31, 2021, in the Northern District of Ohio, Eastern Division, Defendant RAMEL DREW knowingly possessed with intent to distribute 510.62 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

2. On or about August 31, 2021, in the Northern District of Ohio, Eastern Division, Defendant RAMEL DREW, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking, on or about January 28, 2002, in Case Number CR-01-407871, in the Cuyahoga County Court of Common Pleas; Felonious Assault, on or about January 28, 2002, in Case Number CR-01-411525, in the

Cuyahoga County Court of Common Pleas; and Kidnapping, on or about January 28, 2002, in Case Number CR-01-412166, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms and ammunition, to wit: a Smith and Wesson, 40 caliber handgun, serial number #222-014798; a Ruger LCP2, .22 caliber pistol, serial number #390750186; a Mossberg 500, 12 gauge shotgun, serial number #U686806; a Ruger Redhawk, 44 magnum, serial number #502-70206; a Columbia shotgun, no serial number; a bolt action rifle, name unknown, serial number #147520159792; a Hunter, .22 caliber long rifle, serial number #04-1C-124256-99, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

3. The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 (drug offense); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of these offenses, Defendant RAMEL DREW shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offense; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug

offense; and any and all firearms and ammunition involved in or used in the commission of the firearms offense.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.