IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-CR-44 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| RAMEL DREW, | ) | MOTION TO TRANSFER RELATED |
| | ) | CASE TO THE DOCKET OF JUDGE |
| Defendant. | ) | ADAMS |

Pursuant to Local Rule 57.9(b)(3), the United States hereby moves the Court to transfer this indictment to the docket of Judge John R. Adams, where Defendant Ramel Drew is pending trial in the factually-related indictment of *United States v. Ramel Drew* (1:21-CR-706). Drew's trial date in that case is scheduled for March 6, 2023.

NDOH Local Criminal Rule 57.9(b)(3) governs the reassignment of related cases. It provides as follows:

> (3) Related cases. A case may be re-assigned as related to an earlier assigned case with the concurrence of both the transferee and the transferor Judicial Officers. There is a presumption of the Court not to re-assign a case when the earlier case is closed. The United States Attorney's Office shall, in any case which is, or might be considered, related to another case, file a motion/notice with both Judicial Officers advising the Court of the relationship. A new violation resulting in a federal indictment or information may be considered related to the previously filed case. The United States Attorney's Office shall notify the Court pursuant to this paragraph.

NDOH Loc. R. 57.9(b)(3).

As indicated above, Drew is currently pending trial before Judge Adams in the case of *United States v. Ramel Drew* (1:21-CR-706), which is a multi-defendant indictment filed in February 2022, based on an FBI wiretap investigation that occurred during July and August of 2021. In that case, Drew is charged with one count of conspiracy to distribute controlled substances, one count of using a telephone to commit a drug felony, and one count of distribution of fentanyl.

When Drew last appeared before Judge Adams on December 21, 2022, he rejected a plea offer and discharged his court-appointed counsel. During that December 21st hearing, the government stated that because Drew rejected the plea offer, it would likely file additional charges against him for possessing drugs and firearms that were seized during the search of a residence on East 89th Street in Cleveland on August 31, 2021, as part of the FBI's wiretap investigation. The government also acknowledged that it was mindful about filing those additional charges no later than 30 days prior to Drew's March 6th trial date, consistent with the requirements of the Speedy Trial Act. Two of Drew's codefendants in that case, Devonn Fair and Nathaniel Lightfoot, have already pled guilty to possessing the drugs seized from that East 89th Street house, and are both pending sentencing before Judge Adams. Drew's connection to the East 89th Street house is based largely on video surveillance of him, Fair, and Lightfoot selling drugs to customers from that house, but that video footage was not discovered until after the initial indictment against Drew was filed in February 2022. The two counts in this new indictment charge Drew with possessing the drugs and firearms recovered from the East 89th Street residence on August 31, 2021, and are therefore factually-related to the indictment pending before Judge Adams.

Because this indictment involves the same defendant, the same investigation, and much of the same evidence that will be presented at Drew's March 6th trial before Judge Adams, the government believes it would be appropriate to transfer this indictment to the docket of Judge Adams, so that it can be consolidated with the case of *United States v. Ramel Drew* (1:21-CR-706).

In accordance with Local Rule 57.9(b)(3), the government is also filing a notice of related cases on the docket of Judge Adams in case 1:21-CR-706.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ James P. Lewis
James P. Lewis (MD: 1412170148)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3958
(216) 522-8355 (facsimile)
James.Lewis@usdoj.gov